TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02934

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 24, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mildred Julia Wagner<br>       Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>       Movant,<br>  vs.<br><br>Mildred Julia Wagner, Debtor, William E. Pierce, Trustee.<br><br>       Respondents. | No. 0:11-bk-01643-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 20, 2004 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Mildred Julia Wagner has an interest in, further described as:

> Lot 107. of BUILDING "N". ROADHAVEN MARINA CONDOMINIUMS. PHASE III. TRACT 4041-0, according to the Declaration of Horizontal Properly Regime recorded in Book 975, Page 496 and thereafter amended in Book 997. Page 985. in Book 1052, Page 947, and in Book 1106, Page 894 and according to the plat thereof recorded September 6,1984, at Fee 1':0. 84-33395. in the office of the County Recorder of Mohave County, Arizona.
> TOGETHER WITH an undivided interest in and to the common elements as set in said Declaration and Plat.
> EXCEPT all oil. gas and other hydrocarbon substances, helium or other substances of a gaseous nature. coal. metals. minerals. fossils, fertilizer of every name and description and except all materials which may be essential to the production of fissionable material as reserved in the Arizona Revised Statutes.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.